

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
NOV 29 2004
CLERK'S OFFICE
DETROIT

K&R INDUSTRIES, INC.

        Plaintiff,

v.

ONTEL PRODUCTS CORPORATION,
et al.

        Defendants.

C.A. No. 2:04-CV-72297-JF-DAS

Hon. John Feikens
United States District Judge

Hon. Donald A. Scheer
United States Magistrate Judge

### ORDER OF DISMISSAL WITH PREJUDICE

At the request of the parties, as reflected by the signatures of counsel below,

It is hereby ordered that this action in its entirety is dismissed, with prejudice, and without costs.

NOV 29 2004

Dated: November ___, 2004

_____
Hon. John Feikens
United States District Judge

We stipulate to and request entry of this Order:

Calligaro & Meyering, P.C.

By: _____
    Eric C. Grimm (P58990)
20600 Eureka Road, Suite 900
Taylor, MI 48180
(734) 283-2727
Attorneys for Plaintiff/Counter-Defendant
K&R Industries, Inc.

Butzel Long

By: _____
John H. Dudley, Jr. (P12992)
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Attorneys for Defendant/Counter-Plaintiff Ontel Products Corporation
and Defendant Ashok Khubani